In the Matter of the Construction of the Will of FRITZ G. SCHMIDT, Deceased.

ANNA D. SCHMIDT, Appellant; HELEN S. DAVIDSON, Individually and as Executrix of FRITZ G. SCHMIDT, Deceased, et al., Respondents.

Argued March 14, 1940; decided April 16, 1940.

*J. C. Thomson* for appellant.

*J. W. Edwards* for Helen S. Davidson et al., as executors, respondents.

*Walter W. Land* and *Robert Brosnan* for Helen S. Davidson, individually, respondent.

*Richard H. Levet, Arthur D. Brennan* and *Earle P. Hite* for Marie-Elizabeth Byrom et al., respondents.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.